IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00006-MR-WCM

| | |
|---|---|
| AMY LEIGH MILLER ) | |
| *also known as* ) | |
| Amy Leigh Brown, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ALICIA LOCKHART, ) | |
| *in her individual capacity;* ) | |
| JONATHAN WING ) | |
| *in his individual capacity;* ) | |
| CITY OF HENDERSONVILLE; and ) | |
| HENDERSONVILLE POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before the Court is a Joint Motion for Extension of Time to Complete Discovery (the "Motion," Doc. 13), by which the parties request an extension of the deadline to complete court-enforceable discovery and an extension of the deadline to file dispositive motions.

The current deadlines and proposed deadlines are:

|  | Current | Proposed |
|---|---|---|
| Discovery: | November 13, 2023 | November 28, 2023 |
| Motions: | December 13, 2023 | January 15, 2024 |

The parties state that the requested extensions are justified because they have agreed to conduct certain party depositions on November 28, 2023, "contingent on an Order extending the deadline to file dispositive motions." Doc. 13 at 2.

The Motion was filed on November 21, 2023, after expiration of the deadline to complete court-enforceable discovery. Although the parties remain free to conduct voluntary discovery as set forth in the Pretrial Order, the Motion does not establish good cause justifying a retroactive extension of the court-enforceable discovery deadline. See Fed. R. Civ. P. 6(b)(1)(B) (requiring a showing of excusable neglect).

The Court will, however, extend the deadline for the filing of dispositive motions, if any.

**IT IS THEREFORE ORDERED THAT:**

1. The Joint Motion for Extension of Time to Complete Discovery (Doc. 13) is **GRANTED IN PART**, and the deadline for the parties to file dispositive motions, if any, is **EXTENDED** through and including January 15, 2024.

2. All other provisions of the Pretrial Order and Case Management Plan (Doc. 8), including the May 13, 2024 trial setting, remain in effect.

Signed: November 27, 2023

W. Carleton Metcalf
United States Magistrate Judge