# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Amy Leigh Miller, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00006-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Alicia Lockhart, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY CLERK. This action having come before the Clerk upon a Notice of Acceptance with Offer of Judgment;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff and against Defendant in the total amount of $75,000 plus costs then accrued in accordance with the Notice of Acceptance with Offer of Judgment, filed at Doc. No. 17, on December 20, 2023.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff's claims in this matter are DISMISSED WITH PREJUDICE.

December 28, 2023

_____

Katherine Hord Simon, Clerk
United States District Court